IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON NEHEMIAS GODINEZ CHAVEZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-1569 |
| | : | |
| JAMISON, *et al.* | : | |

# ORDER

**AND NOW**, this 12th day of March 2026, upon consideration of Anderson Nehemias Godinez Chavez's petition for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1. No later than **March 16, 2026**, the government shall file a response to the petition (DI 1).

2. Pending consideration of the petition, the government **SHALL NOT TRANSFER** petitioner out of the Eastern District of Pennsylvania. *See Kuprashvili v. Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the status quo).

_____
**MURPHY, J.**