**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDERSON NEHEMIAS GODINEZ CHAVEZ** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| v. | : | **NO.  26-1569** |
| | : | |
| **JAMISON,** *et al.* | : | |

## ORDER

   **AND NOW**, this 29th day of July 2026, upon considering the respondents' certification

of compliance (DI 5) of our March 16, 2026 order (DI 4), it is **ORDERED** the Clerk of Court

shall **close** this case.

_____
**MURPHY, J.**